CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2005

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RANDALL J. KEYSTONE, </br> Petitioner, | Civil Action No. 7:04-cv-00656 |
| v. | **FINAL ORDER** |
| D.A. BRAXTON, </br> Respondent. | By: Hon. James C. Turk </br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the defendant's motion to dismiss is hereby **GRANTED**, and the petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, is hereby **DISMISSED**. All other pending motions are **DENIED**. This case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 13th day of September, 2005.

/s/ James C. Turk
Senior United States District Judge